Ronald Abramson
David G. Liston
**LEWIS BAACH pllc**
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel: (212) 826-7001

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WAG ACQUISITION, L.L.C.**, <br><br>   Plaintiff, <br><br> v. <br><br> **MULTI MEDIA, LLC, f/k/a Zmedianow, LLC, d/b/a chaturbate.com;** <br><br> **HEARILLE SERVICES LIMITED, d/b/a chatbill.com;** <br><br> **CWIE, LLC, d/b/a Cavecreek Wholesale Internet Exchange, Cavecreek Web Hosting, and highwebmedia.com;** <br><br> **CCBILL, LLC;** <br><br> **CWIE HOLDING COMPANY, INC.; and** <br><br> **DOES 1-20**, <br><br>   Defendants. | Civil Action No.: <br><br><br> **CERTIFICATION AND RELATED CASE NOTICE PURSUANT TO LOCAL RULES 11.2 AND 40.1(c)** |

     RONALD ABRAMSON certifies under penalty of perjury pursuant to 28 U.S.C.

§ 1746 as follows:

Case 2:19-cv-07076-JAK-GJS Document 1-1 Filed 04/11/14 Page 2 of 2 Page ID #:17
Case 2:33-av-00001 Document 20904-2 Filed 04/11/14 Page 2 of 2 PageID: 541545

2

1.      I am one of the attorneys of record herein for the Plaintiff.

2.      I make this certification pursuant to Local Rules 11.1 and 40.1 (c) to certify, and inform the Clerk, that the present case is related to the following case ("Related Case") pending in this Court: WAG Acquisition, L.L.C. v. Sobonito Investments, Ltd., et al., Civil Action No. **2:14-cv-01661-ES-JAD**, before the Honorable Esther Salas.

3.      The parties in the Related Case are as follows:

*Plaintiff:*

   WAG Acquisition, L.L.C.

*Defendants:*

   Sobonito Investments, Ltd.; Coolvision Ltd.; I.M.L. SLU;
   Does 1-20

4.      This case is related to the Related Case in that it involves the infringement of the same patents that are involved in the Related Case.

Dated:   April 11, 2014

RONALD ABRAMSON
DAVID G. LISTON
LEWIS BAACH PLLC
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

By: s/ Ronald Abramson
        Ronald Abramson
Tel: (212) 822-0163

By: s/ David G. Liston
        David G. Liston
Tel: (212) 822-0160

*Attorneys for Plaintiff*