UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV19-07076 JAK (GJSx) | Date | April 8, 2020 |
|---|---|---|---|
| Title | WAG Acquisition, L.L.C. v. Multi Media, LLC, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Cheryl Wynn | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) ORDER STAYING CASE AND PLACING IT ON COURT'S INACTIVE CALENDAR

The Court, on its own motion, places this matter on its inactive calendar pending a decision by the Patent Trial and Appeal Board ("PTAB"). Counsel shall file a joint report every 90 days, with the first report due on July 8, 2020; provided, however, a report shall be filed within five days of a decision by the PTAB. Upon receiving a report with respect to an action of the PTAB, the Court will determine whether the matter will be returned to its active calendar.

All other dates and deadlines are vacated.

**IT IS SO ORDERED.**

:

Initials of Preparer   cw

Page **1** of **1**