| | |
|---|---|
| 1 | RITA M. HAEUSLER (SBN 110574) |
| 2 | rita.haeusler@hugheshubbard.com<br>HUGHES HUBBARD & REED LLP |
| 3 | 1999 Avenue of the Stars, 9th Floor |
| 4 | Los Angeles, California  90067<br>Telephone:  (213) 613-2800 |
| 5 | Facsimile:  (213) 613-2950 |
| 6 | Attorneys for Plaintiff/Counter-Defendant WAG ACQUISITION, L.L.C. |
| 7 | *[Additional Counsel for Plaintiff/Counter-Defendant on Next Page]* |
| 8 | FRANK M. GASPARO (Admitted *Pro Hac Vice*) |
| 9 | fmgasparo@venable.com<br>RALPH A. DENGLER (Admitted *Pro Hac Vice*) |
| 10 | radengler@venable.com |
| 11 | ANDREW P. MACARTHUR (SBN 324997)<br>apmacarthur@venable.com |
| 12 | VENABLE LLP |
| 13 | 1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020 |
| 14 | Tel: (212) 307-5500 |
| 15 | Fax: (212) 307-5598 |
| 16 | Attorneys for Defendant/Counter-Claimant MULTI MEDIA, LLC |
| 17 | *[Additional Counsel for Defendant/Counter-Claimant On Next Page]* |

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WAG ACQUISITION, L.L.C.,<br><br>     Plaintiff,<br><br>     vs.<br><br>MULTI MEDIA, LLC,<br><br>     Defendants. | Case No. 2:19-cv-07076-JAK (GJSx)<br>[Honorable John A. Kronstadt]<br><br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's April 8, 2020 Order (Dkt. No. 243), Plaintiff, WAG Acquisition, L.L.C. ("Plaintiff" or "WAG") and Defendant, Multi Media, LLC ("Defendant" or "Multi Media"), by and through their respective attorneys, hereby submit this Joint Status Report.

1

The parties continue to await a decision from the Patent Trial and Appeal Board ("PTAB") after remand from the Federal Circuit in *inter partes* review proceedings regarding one of the asserted patents, U.S. Patent No. 8,122,141 in case No. IPR2016-01238.

Unless otherwise directed by the Court, the parties will provide a further joint status report on the earlier of October 6, 2020 or within five days of a decision by the PTAB, pursuant to Dkt. No. 243.

DATED: July 8, 2020

RITA M. HAEUSLER
HUGHES HUBBARD & REED LLP

RONALD ABRAMSON
ARI J. JAFFESS
DAVID G. LISTON
ALEX G. PATCHEN
MORD MICHAEL LEWIS
LISTON ABRAMSON LLP

By: /s/ Rita M. Haeusler
Rita M. Haeusler
Attorneys for Plaintiff/Counter-Defendant
WAG ACQUISITION, L.L.C.

DATED: July 8, 2020

FRANK M. GASPARO
RALPH A. DENGLER
ANDREW P. MACARTHUR
SARAH S. BROOKS
VENABLE LLP

By: /s/ Ralph A. Dengler
Ralph A. Dengler
Attorneys for Defendant/Counter-Claimant
MULTI MEDIA, LLC

*Counsel for WAG Acquisition, L.L.C., Rita M. Haeusler, hereby attests that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on this document.

97381991_2

| | |
|---|---|
| 1 | [ADDITIONAL COUNSEL FOR PLAINTIFF/COUNTER-DEFENDANT] |
| 2 | RONALD ABRAMSON (Admitted *pro hac vice*) |
| 3 | ron.abramson@listonabramson.com |
| | ARI J. JAFFESS (Admitted *pro hac vice*) |
| 4 | ari.jaffess@listonabramson.com |
| 5 | DAVID G. LISTON (Admitted *pro hac vice*) |
| | david.liston@listonabramson.com |
| 6 | ALEX G. PATCHEN (Admitted *pro hac vice*) |
| 7 | alex.patchen@listonabramson.com |
| | MORD MICHAEL LEWIS (Admitted *pro hac vice*) |
| 8 | michael.lewis@listonabramson.com |
| 9 | LISTON ABRAMSON LLP |
| | The Chrysler Building |
| 10 | 405 Lexington Ave., 46th Floor |
| 11 | New York, New York 10174 |
| | Tel: (212) 257-1630 |
| 12 | Fax: (917) 633-5568 |
| 13 | Attorneys for Plaintiff |
| | WAG ACQUISITION, L.L.C. |
| 14 | |
| 15 | |
| 16 | [ADDITIONAL COUNSEL FOR DEFENDANT/COUNTER-CLAIMANT] |
| 17 | SARAH S. BROOKS (SBN 266292) |
| | VENABLE LLP |
| 18 | ssbrooks@venable.com |
| 19 | 2049 Century Park East, Suite 2300 |
| | Los Angeles, California 90067 |
| 20 | Tel:  (310) 229-9900 |
| 21 | Fax:  (310) 229-9901 |
| 22 | |
| | GAVIN KENNETH SNYDER |
| 23 | gavinsnyder@quinnemanuel.com |
| 24 | QUINN EMANUEL URQUHART |
| |  AND SULLIVAN LLP |
| 25 | 600 University Street, Suite 2800 |
| 26 | Seattle, Washington  98101 |
| | Tel: (206) 905-7000 |
| 27 | Fax: (206) 905-7100 |
| 28 | |

| | |
|---|---|
| 1 | JOSEPH M PAUNOVICH |
| 2 | joepaunovich@quinnemanuel.com |
| 3 | QUINN EMANUEL URQUHART |
| |   AND SULLIVAN LLP |
| 4 | 865 South Figueroa Street, 10th Floor |
| 5 | Los Angeles, California 90017-2543 |
| | Tel: (213) 443-3000 |
| 6 | Fax: (213) 443-3100 |

Attorneys for Defendant/Counter-Claimant
MULTI MEDIA, LLC