RITA M. HAEUSLER (SBN 110574)
rita.haeusler@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1999 Avenue of the Stars, 9th Floor
Los Angeles, California  90067
Telephone:  (213) 613-2800
Facsimile:  (213) 613-2950

RONALD ABRAMSON (admitted *pro hac vice*)
ron.abramson@listonabramson.com
ARI J. JAFFESS (admitted *pro hac vice*)
ari.jaffess@listonabramson.com
ALEX G. PATCHEN (admitted *pro hac vice*)
alex.patchen@listonabramson.com
DAVID G. LISTON (admitted *pro hac vice*)
david.liston@listonabramson.com
LISTON ABRAMSON LLP
The Chrysler Building
405 Lexington Ave., 46th Floor
New York, New York 10174
Tel: (212) 257-1630
Fax: (917) 633-5568

Attorneys for Plaintiff WAG ACQUISITION, L.L.C.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAG ACQUISITION, L.L.C.,<br><br>Plaintiff,<br><br>vs.<br><br>MULTI MEDIA, LLC, *et al.*<br><br>Defendants. | Case No. 2:19-cv-07076-JAK-GJS<br>[Honorable John A. Kronstadt]<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a) AS TO DOE DEFENDANTS 1-20 ONLY** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a) Plaintiff WAG Acquisition, L.L.C. hereby dismisses without prejudice Doe Defendants 1-20 only in the above-entitled action.

1
NOTICE OF DISMISSAL AS TO DOE DEFENDANTS 1-20 ONLY

98484447_1

| | | |
|---|---|---|
| 1 | DATED: September 24, 2020 | HUGHES HUBBARD & REED LLP |
| 2 | | |
| 3 | | By:/s/ Rita M. Haeusler |
| | | Rita M. Haeusler |
| 4 | | Attorneys for Plaintiff |
| | | WAG ACQUISITION, L.L.C. |
| 5 | OF COUNSEL: | |
| 6 | RONALD ABRAMSON | |
| 7 | ALEX G. PATCHEN | |
| | DAVID G. LISTON | |
| 8 | ARI J. JAFFESS | |
| 9 | M. MICHAEL LEWIS | |
| | LISTON ABRAMSON LLP | |
| 10 | The Chrysler Building | |
| 11 | 405 Lexington Avenue, 46th Floor | |
| | New York, New York 10174 | |