RITA M. HAEUSLER (SBN 110574)
rita.haeusler@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1999 Avenue of the Stars, 9th Floor
Los Angeles, California 90067
Telephone: (213) 613-2800
Facsimile: (213) 613-2950

Attorneys for Plaintiff/Counter-Defendant WAG ACQUISITION, L.L.C.
*[Additional Counsel for Plaintiff/Counter-Defendant on Next Page]*

FRANK M. GASPARO (Admitted *Pro Hac Vice*)
fmgasparo@venable.com
RALPH A. DENGLER (Admitted *Pro Hac Vice*)
radengler@venable.com
ANDREW P. MACARTHUR (SBN 324997)
apmacarthur@venable.com
VENABLE LLP
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Tel: (212) 307-5500
Fax: (212) 307-5598

Attorneys for Defendant/Counter-Claimant MULTI MEDIA, LLC
*[Additional Counsel for Defendant/Counter-Claimant On Next Page]*

# IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAG ACQUISITION, L.L.C.<br><br>*Plaintiff,*<br><br>v.<br><br>MULTI MEDIA, LLC,<br><br>*Defendants.* | Case No. 2:19-cv-07076-JAK-GJS<br>[Honorable John A. Kronstadt]<br><br>**REQUEST FOR CONTINUANCE**<br><br>[Proposed Order Filed Concurrently Herewith] |

Plaintiff, WAG Acquisition, L.L.C. ("Plaintiff" or "WAG") and Defendant, Multi Media, LLC ("Defendant" or "Multi Media"), by and through their respective attorneys, hereby jointly request continuance of the below due dates.  The change of dates is essential to allow both parties to evaluate the proposed terms for claim construction.  Due to complications related to COVID-19, it has been more difficult to consult with experts, which has necessitated this continuance.  The parties are in agreement regarding the below changes, which will not impact any other dates in the schedule.  A proposed order is attached herein pursuant to Exhibit A of Standing Orders for Civil Cases Assigned to Judge John A. Kronstadt.

| Date | Item |
| --- | --- |
| [October 30, 2020] October 26, 2020 | Parties to exchange proposed terms for claim construction |
| [November 23, 2020] November 9, 2020 | Deadline to exchange proposed constructions and evidence for Markman |
| [December 2, 2020] November 18, 2020 | Deadline to file joint Markman pre-hearing statement |

DATED:  October 26, 2020    RITA M. HAEUSLER
                            HUGHES HUBBARD & REED LLP

                            RONALD ABRAMSON
                            ARI J. JAFFESS
                            DAVID G. LISTON
                            ALEX G. PATCHEN
                            MORD MICHAEL LEWIS
                            LISTON ABRAMSON LLP

                            By:/s/ Rita M. Haeusler
                                Rita M. Haeusler
                            Attorneys for Plaintiff/Counter-Defendant
                                WAG ACQUISITION, L.L.C.

| | | |
|---|---|---|
| 1 | DATED: October 26, 2020 | FRANK M. GASPARO |
| 2 | | RALPH A. DENGLER |
| | | ANDREW P. MACARTHUR |
| 3 | | SARAH S. BROOKS |
| 4 | | VENABLE LLP |

By: /s/ Sarah S. Brooks
Sarah S. Brooks
Attorneys for Defendant/Counter-Claimant
MULTI MEDIA, LLC

*Counsel for WAG Acquisition, L.L.C., Rita M. Haeusler, hereby attests that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on this document.

[ADDITIONAL COUNSEL FOR PLAINTIFF/COUNTER-DEFENDANT]

RONALD ABRAMSON (Admitted *pro hac vice*)
ron.abramson@listonabramson.com
ARI J. JAFFESS (Admitted *pro hac vice*)
ari.jaffess@listonabramson.com
DAVID G. LISTON (Admitted *pro hac vice*)
david.liston@listonabramson.com
ALEX G. PATCHEN (Admitted *pro hac vice*)
alex.patchen@listonabramson.com
MORD MICHAEL LEWIS (Admitted *pro hac vice*)
michael.lewis@listonabramson.com
LISTON ABRAMSON LLP
The Chrysler Building
405 Lexington Ave., 46th Floor
New York, New York 10174
Tel: (212) 257-1630
Fax: (917) 633-5568

Attorneys for Plaintiff
WAG ACQUISITION, L.L.C.

3
REQUEST FOR CONTINUANCE
99123236_1

| | |
|---|---|
| 1 | *[ADDITIONAL COUNSEL FOR DEFENDANT/COUNTER-CLAIMANT]* |
| 2 | SARAH S. BROOKS (SBN 266292) |
| 3 | VENABLE LLP |
| 4 | ssbrooks@venable.com |
| | 2049 Century Park East, Suite 2300 |
| 5 | Los Angeles, California 90067 |
| 6 | Tel:  (310) 229-9900 |
| | Fax:  (310) 229-9901 |
| 7 | |
| 8 | GAVIN KENNETH SNYDER |
| | gavinsnyder@quinnemanuel.com |
| 9 | QUINN EMANUEL URQUHART |
| 10 |  AND SULLIVAN LLP |
| | 600 University Street, Suite 2800 |
| 11 | Seattle, Washington  98101 |
| 12 | Tel: (206) 905-7000 |
| | Fax: (206) 905-7100 |
| 13 | |
| 14 | JOSEPH M PAUNOVICH |
| | joepaunovich@quinnemanuel.com |
| 15 | QUINN EMANUEL URQUHART |
| 16 |  AND SULLIVAN LLP |
| | 865 South Figueroa Street, 10th Floor |
| 17 | Los Angeles, California 90017-2543 |
| 18 | Tel: (213) 443-3000 |
| | Fax: (213) 443-3100 |
| 19 | |
| 20 | Attorneys for Defendant/Counter-Claimant |
| | MULTI MEDIA, LLC |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |